UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 1631

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Case No. _____ |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF |
| v. ) | |
| ) | |
| **Federico A. GONZALEZ-Escobedo** ) | Title 8, U.S.C., Section 1324(a)(2)(B)(iii) |
| **AKA: J Jesus MIRAMONTES-Arellano** ) | Bringing in Illegal Alien(s) |
| ) | Without Presentation |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

On or about **May 25, 2008**, within the Southern District of California, defendant **Federico A. GONZALEZ-Escobedo AKA: J Jesus MIRAMONTES-Arellano,** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Brenda CORDOVA-Villalobos, Maria BENAVIDEZ-Bazaldua, and Angelica MATA-Mendieta,** had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESCENCE, THIS 27th DAY OF MAY, 2008.

UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Enforcement Officer Jorge E. Rosario, declare under penalty of perjury the following to be true and correct:

The complainant states that **Brenda CORDOVA-Villalobos, Maria BENAVIDEZ-Bazaldua, and Angelica MATA-Mendieta** are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On May 25, 2008 at approximately 8:52 am, **Federico A. GONZALEZ-Escobedo AKA: J Jesus MIRAMONTES-Arellano (Defendant)** made application for admission into the United States at the San Ysidro Port of Entry as the driver and sole visible occupant of a 1999 Chevrolet Malibu. Defendant presented a Laser Visa (DSP-150) not lawfully issued to him bearing the name of J Jesus Miramontes-Arellano as his entry document to a CBP Officer. Defendant stated he was going shopping to Chula Vista, California. The CBP Officer suspected Defendant was not the lawful owner of the document presented and during a visual inspection of the vehicle discovered four human beings concealed inside the trunk. Defendant, vehicle, and all occupants were escorted to secondary for a more thorough inspection.

During secondary inspection, CBP Officers removed four human beings found concealed inside the trunk of the vehicle. Three individuals were retained as Material Witnesses and are now identified as **Brenda CORDOVA-Villalobos, Maria BENAVIDEZ-Bazaldua, and Angelica MATA-Mendieta**

During a video recorded interview, Defendant was advised of his Miranda Rights, acknowledged his rights and elected to answer questions without the benefit of counsel. Defendant admitted knowledge of the concealed aliens. Defendant admitted if successful in smuggling, the people with whom he made arrangements would pay him $200.00 USD.

During subsequent interviews Material Witnesses declared to be citizens of Mexico with no legal rights or documents to enter the United States. Material Witnesses stated they were going to pay from $3,000.00 to $4,000.00 USD to be smuggled into the United States. Material Witnesses stated they were traveling to Los Angeles, California.

Executed on **May 25, 2008 at 4:00 pm.**

_____
Jorge E. Rosario / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of **(one)** page, I find probable cause to believe that the defendant named therein committed the offense on **May 25, 2008** in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

_____
MAGISTRATE JUDGE

5/26/08 @ 11:13 a.m.
DATE / TIME