AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

| | |
|---|---|
| | /s/ ERICA K. ZUNKEL |
| Date | Signature |
| | Print Name                              Bar Number |
| | Address |
| | City            State            Zip Code |
| | Phone Number                           Fax Number |

```
 1  ERICA K. ZUNKEL
    California State Bar No. 229285
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, CA 92101-5008
    (619) 234-8467/Fax: (619) 687-2666
 4  E-Mail: erica_zunkel@fd.org

 5  Attorneys for Federico A. Gonzalez-Escobedo
```

                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA

                     **(HONORABLE JAN M. ADLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | Case No. 08MJ1631 |
|                          Plaintiff, ) | |
| v.                                 ) | **CERTIFICATE OF SERVICE** |
| FEDERICO A. GONZALEZ-ESCOBEDO,     ) | |
|                          Defendant. ) | |

   Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

                       U.S. Attorney CR
                    Efile.dkt.gc2@usdoj.gov; and

                     Gayle J. Mayfield-Venieris
              federal@mayfield-law.com,mayfieldlaw@gmail.com

                                           Respectfully submitted,

   DATED:    May 30, 2008                  /s/ Erica K. Zunkel
                                           **ERICA K. ZUNKEL**
                                           Federal Defenders of San Diego, Inc.
                                           Attorneys for Federico A. Gonzalez-Escobedo