# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
            Plaintiff )  CRIMINAL NO. 08mj1631
    )
    )  ORDER
vs. )
    )  RELEASING MATERIAL WITNESS
Federico Gonzalez-Escobedo )
    )  Booking No.
        Defendant(s) )

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court)).

Angelica Mata-Mendieta

DATED: 6-10-08

JAN M. ADLER
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by Rhea Rhone
Deputy Clerk
R. Rhone